United States Bankruptcy Court
District of Arizona

In re:  
EARSEL MONTGOMERY, III  
JANET L MONTGOMERY  
    Debtors

Case No. 23-07217-EPB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0970-2      User: admin      Page 1 of 4  
Date Rcvd: Feb 12, 2024      Form ID: pdf001      Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | EARSEL MONTGOMERY, III, 9740 E HAMPTON AVE APT 91, MESA, AZ 85209-8106 |
| jdb | +++ | JANET L MONTGOMERY, 9740 E HAMPTON AVE APT 91, MESA, AZ 85209-8106 |
| 17090557 | +++ | Presto Loan Centers Ll, 2612 N. 16th St, Phoenix AZ 85006-1403 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 12 2024 23:03:41 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 17090533 | | Email/Text: bankruptcy@arivo.com | Feb 12 2024 22:53:00 | Arivo Acceptance, Attn: Bankruptcy, Po Box 708310, Sandy UT 84070 |
| 17090530 | + | Email/Text: bankruptcy@acimacredit.com | Feb 12 2024 22:55:00 | Acima Credit, 9815 South Monroe Street, 4th Floor, Sandy UT 84070-4384 |
| 17090531 | + | Email/Text: backoffice@affirm.com | Feb 12 2024 22:55:00 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco CA 94108-2716 |
| 17090532 | + | Email/PDF: bncnotices@becket-lee.com | Feb 12 2024 23:03:38 | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas TX 75356-5848 |
| 17093370 | + | Email/Text: bankruptcynotices@azdor.gov | Feb 12 2024 22:53:00 | Arizona Department of Revenue, c/o: Tax, Bankruptcy and Collection, 2005 N Central Ave. Suite 100, Phoenix, AZ 85004-1546 |
| 17149171 | + | Email/Text: bkattorneynotices@gmail.com | Feb 12 2024 22:54:00 | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 17090534 | | Email/Text: caineweiner@ebn.phinsolutions.com | Feb 12 2024 22:54:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd 4th Floor, Sherman Oaks CA 91411 |
| 17090535 | ^ | MEBN | Feb 12 2024 22:39:42 | Capital Community Bank/Lendy, LLC, Attn: Bankruptcy, 105 Sugar Camp Circle, Dayton OH 45409-1977 |
| 17090536 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 12 2024 23:03:24 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 17090538 | + | Email/Text: jessicaoehrlein@cpcrecovery.com | Feb 12 2024 22:55:00 | Central Portfolio Control, Attn: Bankruptcy, 10249 Yellow Circle Dr, Ste 200, Minnetonka MN 55343-9111 |
| 17090540 | ^ | MEBN | Feb 12 2024 22:40:18 | Chime/Stride Bank, Attn: Bankruptcy, Po Box 417, San Francisco CA 94104-0417 |
| 17120919 | | Email/Text: bnc-quantum@quantum3group.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Feb 12 2024 22:54:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 17090541 | + | Email/Text: convergent@ebn.phinsolutions.com | Feb 12 2024 22:55:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, 800 Sw 39th St, Ste 100, Renton WA 98057-4927 |
| 17090542 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 12 2024 22:55:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood MA 02062-2679 |
| 17090552 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2024 23:03:29 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason OH 45040 |
| 17090543 | + | Email/Text: mrdiscen@discover.com | Feb 12 2024 22:53:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany OH 43054-3025 |
| 17109775 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Feb 12 2024 22:53:01 | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265-0693 |
| 17090544 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Feb 12 2024 23:03:34 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving TX 75016-6008 |
| 17149172 | + | Email/Text: opportunitynotices@gmail.com | Feb 12 2024 22:55:00 | FinWise Bank, c/o Opportunity Financial, LLC, 130 E. Randolph Street, Suite 3400, Chicago, IL 60601-6379 |
| 17090545 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 12 2024 22:55:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud MN 56303-0820 |
| 17090546 | ^ | MEBN | Feb 12 2024 22:39:33 | First Digital Card, Attn: Bankruptcy, Po Box 85650, Sioux Falls SD 57118-5650 |
| 17090547 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 12 2024 22:55:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton OR 97076-4401 |
| 17090548 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 12 2024 22:54:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 17145693 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 12 2024 22:55:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 17090539 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 12 2024 22:51:55 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington DE 19850 |
| 17090549 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 12 2024 22:53:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee WI 53201-3043 |
| 17124723 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 12 2024 22:51:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 17090550 | ^ | MEBN | Feb 12 2024 22:40:53 | Lendmark Financial Services, Attn: Bankruptcy, 1735 North Brown Rd, Ste 300, Lawrenceville OH 30043-8228 |
| 17090551 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 12 2024 22:53:04 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville SC 29603-0497 |
| 17090554 | ^ | MEBN | Feb 12 2024 22:40:07 | NCB Management Services, Attn: Bankruptcy, 1 Allied Drive, Trevose PA 19053-6945 |
| 17090553 | + | Email/Text: bankruptcy@ncaks.com | Feb 12 2024 22:53:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, Po Box 3023, Hutchinson KS 67504-3023 |
| 17142778 | + | Email/Text: bankruptcy@ncaks.com | Feb 12 2024 22:53:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023, Hutchinson, KS 67504-3023 |
| 17090555 | + | Email/PDF: cbp@omf.com | Feb 12 2024 23:03:32 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville IN 47731-3251 |
| 17090556 | + | Email/Text: opportunitynotices@gmail.com | Feb 12 2024 22:55:00 | OppLoans, Attn: Bankruptcy, 130 E Randolph St, Ste 3400, Chicago IL 60601-6379 |
| 17150052 | + | Email/Text: bankruptcy@purchasingpower.com | Feb 12 2024 22:55:00 | Purchasing Power, LLC, 2727 Paces Ferry Road SE,Bldg.2,Ste 1200, Atlanta, GA 30339-6143 |

| | | | | |
|---|---|---|---|---|
| 17120573 | | Email/Text: bnc-quantum@quantum3group.com | Feb 12 2024 22:54:00 | Quantum3 Group LLC as agent for, Catholic Health Initiatives, PO Box 788, Kirkland, WA 98083-0788 |
| 17147113 | + | Email/Text: bncmail@w-legal.com | Feb 12 2024 22:54:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 17090558 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 12 2024 23:03:32 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 17090559 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 12 2024 23:03:41 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 17090560 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 12 2024 23:03:37 | Synchrony/Mohawk, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 17090537 | | Email/Text: BankruptcyNotices@schear.net | Feb 12 2024 22:54:00 | Ccb/tls/qc, Attn: Bankruptcy, 205 Sugar Camp Circle, Dayton OH 45409 |
| 17090561 | + | Email/Text: bncmail@w-legal.com | Feb 12 2024 22:54:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis MN 55440-9475 |
| 17090562 | | Email/Text: bknotice@upgrade.com | Feb 12 2024 22:53:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco CA 94111 |
| 17090563 | + | Email/Text: inchargehq@westcreekfin.com | Feb 12 2024 22:55:00 | Westcreek Fi, Attn: Bankruptcy, Po Box 5518, Glen Allen VA 23058-5518 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2024         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| EDWARD J. MANEY | courtecf@maney13trustee.com |
| THOMAS ADAMS MCAVITY | on behalf of Joint Debtor JANET L MONTGOMERY documents@phxfreshstart.com tom@phxfreshstart.com |
| THOMAS ADAMS MCAVITY | on behalf of Debtor EARSEL MONTGOMERY III documents@phxfreshstart.com, tom@phxfreshstart.com |
| U.S. TRUSTEE | |

USTPRegion14.PX.ECF@USDOJ.GOV

TOTAL: 4

SO ORDERED.

Dated: February 12, 2024



Eddward P. Ballinger Jr., Chief Bankruptcy Judge

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>EARSEL MONTGOMERY, III,<br><br>JANET L MONTGOMERY,<br><br>Debtors. | CHAPTER 13<br><br>CASE NO. 2: 23-BK-07217-EPB<br><br>**STIPULATED ORDER CONFIRMING CHAPTER 13 PLAN** |

The Chapter 13 Plan having been properly noticed out to creditors and any objection to confirmation having been resolved,

**IT IS ORDERED** confirming the Plan of the Debtors as follows:

(A) **INCOME SUBMITTED TO THE PLAN.** Debtors shall submit the following amounts of future income to the Trustee for distribution under the Plan.

(1) Future Earnings or Income. Debtors shall make the following monthly Plan payments:

| Months | Amount |
|---|---|
| 1-3 | $828.00 |
| 4-60 | $902.00 |

The payments are due on or before the 10th day of each month commencing November

10, 2023. Debtors are advised that when payments are remitted late, additional interest may accrue on secured debts which may result in a funding shortfall at the end of the Plan term. Any funding shortfall must be cured before the plan is deemed completed.

The Debtors shall provide to the Trustee copies of their **federal** and **state** income tax returns for post-petition years 2023-2027 within 30 days of filing them. The purpose is to assist the Trustee in determining any change in Debtors' annual disposable income.

(2) Other Property. In the event that other property is submitted, it shall be treated as supplemental payments.

(B) **DURATION.** This Plan shall continue for 60 months from the first regular monthly payment described in Paragraph (A)(1) above. If at any time before the end of the Plan period all claims are paid, then the Plan shall terminate. In no event will the term of the Plan be reduced to less than 60 months, exclusive of any property recovered by the Trustee, unless all allowed claims are paid in full.

(C) **CLASSIFICATION AND TREATMENT OF CLAIMS.** Claims shall be classified as listed below. The Plan and this Order shall not constitute an informal proof of claim for any creditor. This Order does not allow claims. Claims allowance is determined by § 502 and the Federal Rules of Bankruptcy Procedure. The Trustee shall receive the percentage fee on the Plan payments pursuant to 28 U.S.C. § 586(e), then the Trustee will pay secured creditors or allowed claims in the following order:

(1) Administrative expenses:

Attorney Fees. Tom McAvity, shall be allowed total compensation of $4,500. Counsel received $13.00 prior to filing this case and will be paid $4,487.00 by the Chapter 13 Trustee.

(2) Claims Secured by Real Property:

(a) None.

- 2 -

In re: Montgomery
Case No. 2: 23-BK-07217-EPB

(3) <u>Claims Secured by Personal Property:</u>

   (a) Exeter Finance LLC, secured by a lien in a 2015 Ford Fusion, shall be paid a secured claim of $18,613.81 with 8.750% interest. The creditor will receive adequate protection payments of $250.00 per month. The balance of the debt shall be classified as unsecured.

   (b) Presto Loan Centers, secured by a lien in a 2016 Jeep Wrangler, shall be paid a secured claim of $12,037.69 with 8.750% interest. The creditor will receive adequate protection payments of $160.00 per month. The balance of the debt shall be classified as unsecured

(4) <u>Unsecured Priority Claims:</u>

   (a) Internal Revenue Service shall be paid an unsecured priority claim of $4,664.98 with no interest for income taxes.
   (b) Arizona Department of Revenue shall be paid an unsecured priority claim of $911.93 with no interest for income taxes.

(5) <u>Surrendered Property:</u>

Upon confirmation of this plan or except as otherwise ordered by the Court, bankruptcy stays are lifted as to collateral to be surrendered. Such creditor shall receive no distribution until the creditor timely files a claim or an amended proof of claim that reflects any deficiency balance remaining on the claim. Assuming the creditor has an allowed proof of claim, should the creditor fail to file an amended claim consistent with this provision, the Trustee need not make any distributions to that creditor. Debtors surrender the following property:

   (a) None.

(6) <u>Other Provisions:</u> None.

(7) <u>Unsecured Nonpriority Claims.</u> Claims allowance is determined by § 502 and the

- 3 -

In re: Montgomery
Case No. 2: 23-BK-07217-EPB

Federal Rules of Bankruptcy Procedure. Allowed unsecured claims shall be paid pro rata the balance of the payments under the Plan and any unsecured debt balance remaining unpaid upon completion of the Plan may be discharged as provided in 11 U.S.C. § 1328.

(D) **EFFECTIVE DATE AND VESTING.** The effective date of the Plan shall be the date of this Order. Property of the estate vests in Debtors upon confirmation, subject to the rights of the Trustee to assert a claim to any additional property of the estate pursuant to 11 U.S.C. § 1306.

**ORDER SIGNED ABOVE**

Approved as to Form and Content By:

Edward J. Maney, Trustee

Tom McAvity
Attorney for Debtors

- 4 -

In re: Montgomery
Case No. 2: 23-BK-07217-EPB

The Debtors certify: All required State and Federal Income tax returns have been filed No domestic support obligation is owed or, if owed, such payments are current since the filing of the Petition.

_____
EARSEL MONTGOMERY, III, Debtor

_____
JANET L MONTGOMERY, Debtor

- 5 -

In re: Montgomery
Case No. 2: 23-BK-07217-EPB