SO ORDERED.

Dated: July 22, 2024

Eddward P. Ballinger Jr., Chief Bankruptcy Judge

THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re

EARSEL MONTGOMERY, III,

JANET L MONTGOMERY,

Debtors.

CHAPTER 13

CASE NO. 2:23-BK-07217-EPB

**AMENDED STIPULATED ORDER CONFIRMING CHAPTER 13 PLAN**

This Amended Stipulated Order is provided for the purpose of correcting the claim amounts for the Internal Revenue Service, amended claim 4, Arizona Department of Revenue, amended claim 1, and increasing plan payments accordingly.

**IT IS ORDERED** correcting paragraphs (A)(1) **INCOME SUBMITTED TO THE PLAN** and (C)(4)(a)(b) **Unsecured Priority Claims** in the Stipulated Order Confirming Chapter 13 Plan as follows:

(1) Future Earnings or Income. Debtors shall make the following monthly Plan payments:

| Months | Amount |
|---|---|
| 1-3 | $828.00 |
| 4-7 | $902.00 |
| 8-8 | $980.00 |
| 9-60 | $995.00 |

- 1 -

In re: Montgomery
Case No. 2:23-BK-07217-EPB

(4) <u>Unsecured Priority Claims:</u>

    (a) Internal Revenue Service shall be paid an unsecured priority claim of $8,031.98 with no interest for income taxes.
    (b) Arizona Department of Revenue shall be paid an unsecured priority claim of $1,860.93 with no interest for income taxes.

All other provisions shall remain in effect as per the Stipulated Order Confirming Chapter 13 plan signed on February 12, 2024, docket number 22.

_____
Edward J Maney, Trustee

_____
Tom McAvity
Attorney for Debtors

_____
EARSEL MONTGOMERY, III, Debtor

_____
JANET L MONTGOMERY, Debtor

- 2 -

In re: Montgomery
Case No. 2:23-BK-07217-EPB